FILED

03/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0729

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**Supreme Court Cause No. DA 22-0729**

| | |
|---|---|
| JAMIE NORRIS,<br><br>      Plaintiff/Appellant,<br><br>   v.<br><br>RICK L. OLSEN<br>dba A&O SHEET METAL,<br><br>      Defendant/Respondent. | **ORDER GRANTING APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF** |

Having reviewed Appellant Jamie Norris's Unopposed Motion for Extension of Time to File Appellant's Opening Brief and good cause appearing therefrom,

IT IS HEREBY ORDERED that Appellant's motion is GRANTED and his opening brief shall be filed no later than April 21, 2023.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 22 2023